IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) LEWIS DODSON,

    Plaintiff,

v.

(1) STATE FARM MUTUAL
    AUTOMOBILE INSURANCE
    COMPANY,

    Defendant.

Case No. 16-CV-699-CVE-TLW

Attorney Lien Claimed

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Lewis Dodson, by and through his attorneys of record, Donald E. Smolen, II and Laura L. Hamilton, and Defendant's counsel, John S. Gladd and Andrew G. Wakeman, and would show the Court that this matter has been compromised and settled and, therefore, moved the Court for an Order of Dismissal With Prejudice.

Respectfully submitted,

SMOLEN, SMOLEN & ROYTMAN, PLLC

/s/Donald E. Smolen, II
Donald E. Smolen, II, OBA#19944
Laura L. Hamilton, OBA#22619
701 S. Cincinnati Ave.
Tulsa, OK 74119
(918) 585-2667 P
(918) 585-2669 F
donaldsmolen@ssrok.com
laurahamilton@ssrok.com
*Attorneys for Plaintiff, Lewis Dodson*

/s/ John S. Gladd
John S. Gladd, OBA#12307
Andrew G. Wakeman, OBA#21393
525 South Main Street, Suite 1500
Tulsa, OK 74103-4524
(918) 582-8877 P
(918) 585-8096 F
*Attorneys for Defendant SFMAIC*